**162  CROUCH vs. CIRCUIT JUDGE (Wayne), 52 M., 596.**

To compel respondent to reinstate an appeal from the allowance, by probate commissioners, of claims against the estate, which was dismissed because not taken by the administrator but by a party in interest.

Granted February 6, 1884.

Held, that a party in interest may take an appeal in such case if the administrator declines to, and if the probate judge allows an appeal to someone else he thereby passes upon the fact of the administrator's refusal.

**163  OSMUN vs. CIRCUIT JUDGE (Oakland), No. 15153; 2 D. L. N., 589; 64 N. W., 949.**

To dismiss an appeal taken by relator from the report of commissioners on claims and set aside the order of the commissioners making the allowance, on the ground that the claim is a contingent one under 3 How. Stat., Sec. 5932, and that the sole duty of the commissioners was to take the proofs and report the same to the Probate Court.

Denied November 5, 1895, with costs, on the ground that a claim upon a note, payable absolutely, secured by a real estate mortgage, is not, as between the holder and the estate of the maker, a contingent claim.